**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6038**

_____

LEANTHONY T. WINSTON,

Plaintiff - Appellant,

v.

WILLIAM C. SMITH, Superintendent; ERNEST BOWER, Superintendent; TANYA BLAIR, Captain/Supervisor; LIEUTENANT WILLIAMS; LIEUTENANT EVERETT; SERGEANT BRINKLY,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:21-cv-00285-AWA-LRL)

_____

Submitted:  May 16, 2023                          Decided:  June 8, 2023

_____

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

LeAnthony T. Winston, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony T. Winston filed a motion for a temporary restraining order or preliminary injunction in the district court, seeking release from imprisonment while his 42 U.S.C. § 1983 action is pending. Winston then noted an appeal of the district court's purported denial of the motion. However, the district court has issued no ruling pertaining to Winston's motion. Because there has been neither a final order nor an appealable interlocutory or collateral order entered in this case, we dismiss the appeal for lack of jurisdiction. *See United States v. Doe*, 962 F.3d 139, 143 (4th Cir. 2020) (noting "we have jurisdiction only over final orders and certain interlocutory and collateral orders"). We also deny Winston's pending motions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2